**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DZAMBOLAT GETSAEV, *et al.*,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-3949** |
| | : | |
| **TODD LYONS, *et al.*** | : | |

**O R D E R**

**AND NOW**, this 30th day of September, 2026, due to Plaintiffs having submitted an Amended Complaint (Doc. No. 10) and Defendants having submitted a Moton to Dismiss the Amended Complaint (Doc. No. 11), it is hereby **ORDERED** that Defendants' previous Motion to Dismiss (Doc. No. 8) is **DENIED as moot.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.